IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMAR SMALLS,

    Plaintiff,

v.

KAITLYN COLE, STEVE FAHRENKRUG,
JASON FOX, JILL CHILDS,
DR. FREDERICK FREITAG and
DR. LAURA SUKOWATY, [1]

    Defendants.

ORDER

Case No. 24-cv-584-jdp

In an order entered on May 7, 2025, plaintiff Lamar Smalls was granted leave to proceed against defendants Kaitlyn Cole, Steve Fahrenkrug, Jill Childs, Jason Fox, Dr. Frederick Freitag, and Dr. Laura Sukowaty. The Wisconsin Department of Justice filed a notice indicating that it does not appear on behalf of defendants Steve Fahrenkrug and Jason Fox. Because plaintiff paid the full $405 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on his behalf. Rather, I am directing the clerk's office to forward the summons, complaint and a copy of the court's May 7, 2025, screening order to the plaintiff to serve on defendant Steve Fahrenkrug and Jason Fox following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

---

[1] The case caption has been amended to include the full names of defendants Kaitlyn Cole, Steve Fahrenkrug, Jason Fox and Dr. Laura Sukowaty as indicated in the dkt. 7 Acceptance of Service.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint, the court's May 7, 2025, screening order to plaintiff to arrange for service on defendants Steve Fahrenkrug and Jason Fox. Plaintiff is to promptly serve defendants Steve Fahrenkrug and Jason Fox and file proof of service as soon as service has been accomplished.

Entered this 23rd day of June, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge